1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BELINDA WADE** ) | CASE NO. CIV-10-1153 KJN |
| ) | |
| **Plaintiff,** ) | **[PROPOSED] STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| **Defendant.** ) | |

     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from November 15, 2010, to January 14, 2010.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule and need to insure older cases have briefing priority.

/ / / /

/ / / /

/ / / /

1

Dated: November 15, 2010    /s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated: November 15, 2010    Benjamin G. Wagner

United States Attorney

/s/ Cynthia De Nardi
CYNTHIA DE NARDI


Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

The parties' stipulation IS HEREBY APPROVED, and plaintiff shall have until January 14, 2011, to file a motion for summary judgment.[1] The scheduling order in this case shall be amended accordingly.

IT IS SO ORDERED.

DATED: November 17, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned notes that plaintiff filed this stipulation and proposed order on the day that plaintiff was obligated to file a motion for summary judgment. Plaintiff's counsel is admonished that, pursuant to Local Rule 144(d), "[c]ounsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent," and that requests for court-approved extensions brought on or after the required filing date "are looked upon with disfavor."

2