1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BELINDA WADE** | CASE NO. CIV-10-1153 KJN |
| Plaintiff, | **[PROPOSED] STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from January 14, 2011, to February 15, 2011. This additional extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: January 14, 2011    /s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated:January 18, 2011    Benjamin G. Wagner

United States Attorney

/s/ Cynthia De Nardi
CYNTHIA DE NARDI



Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

The parties' stipulation for a second extensions of time IS HEREBY APPROVED, and plaintiff shall have until February 15, 2011, to file a motion for summary judgment.[1]  The scheduling order in this case shall be amended accordingly.  No further requests for extensions of time by plaintiff will be considered.

IT IS SO ORDERED.

DATED: January 18, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned notes that plaintiff filed this stipulation and proposed order for a second extension of time *four days after* the date that plaintiff was obligated to file a motion for summary judgment.  Plaintiff's counsel is admonished that, pursuant to Eastern District Local Rule 144(d), "[c]ounsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent," and that requests for court-approved extensions brought on or after the required filing date "are looked upon with disfavor."  Plaintiff's counsel has been repeatedly admonished in this regard both in this case and in others, and unfortunately appears to simply be ignoring the court's warnings.